UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
July 09, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Ashley Alexander, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-18-730 |
| | § | |
| Dynamic Recovery Solutions, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

1.  Neither party having moved for reinstatement, this case is dismissed with prejudice.

2.  This court retains jurisdiction to enforce the settlement.

Signed on July 9, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge